*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 11, 2014                    106358
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                    MEMORANDUM AND ORDER

RASHAWN WRIGHT,
                        Appellant.
_____

Calendar Date:  October 15, 2014

Before:  Peters, P.J., Garry, Egan Jr. and Devine, JJ.

_____

        Larry Rosen, Albany, for appellant.

        P. David Soares, District Attorney, Albany (Brittany L.
Grome of counsel), for respondent.

_____

Devine, J.

        Appeal from a judgment of the County Court of Albany County
(Ceresia, J.), rendered November 15, 2013, convicting defendant
upon his plea of guilty of the crime of burglary in the second
degree.

        To resolve all potential charges stemming from his
involvement in a string of home burglaries, defendant pleaded
guilty to an indictment charging him with burglary in the second
degree and waived his right to appeal from the conviction and
sentence.  County Court further advised defendant that it was
making no commitment on the issue of whether to adjudicate him a
youthful offender.  County Court thereafter denied defendant's
request for youthful offender status and sentenced him, within
the range contemplated by the plea agreement, to a prison term of

six years to be followed by five years of postrelease supervision. Defendant appeals, and we now affirm.

Defendant does not challenge the validity of his guilty plea or appeal waiver, and the record reveals that both were voluntary, knowing and intelligent. To the extent that defendant now challenges the agreed-upon sentence as harsh and excessive, his argument is precluded by his valid appeal waiver (see People v Fate, 117 AD3d 1327, 1329 [2014]). His valid appeal waiver similarly precludes his contention that County Court "improperly denied him youthful offender treatment and his request that we exercise our interest of justice jurisdiction to grant him youthful offender status" (People v Torres, 110 AD3d 1119, 1119 [2013]), lv denied 22 NY3d 1044 [2013] [internal citations omitted]; accord People v Fate, 117 AD3d at 1329).

Peters, P.J., Garry and Egan Jr., JJ., concur.


ORDERED that the judgment is affirmed.


ENTER:


Robert D. Mayberger
Clerk of the Court